# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2016

Robert P. Young, Jr.,
Chief Justice

152840(59)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIUS LAMARR FRANKLIN,
      Defendant-Appellant.
_____/

SC: 152840
COA: 322655
Wayne CC: 14-003800-FH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before June 3, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2016



Clerk